IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cosey, Sharon E | Case Number: 08 B 23902 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed: 9/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 6. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 12,000.00 | 0.00 |
| 8. | Carrington Mortgage Services, LLC | Secured | 15,000.00 | 0.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 5,000.00 | 0.00 |
| 10. | Citi Residential Lending Inc | Secured | 30,000.00 | 0.00 |
| 11. | Chase Home Finance | Secured | 16,085.44 | 0.00 |
| 12. | Carrington Mortgage Services, LLC | Secured | 20,000.00 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 109.84 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 510.89 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 3,280.23 | 0.00 |
| 16. | JP Morgan Chase Bank | Unsecured | 1,412.20 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 4,923.99 | 0.00 |
| 18. | Monterey Collection Service | Unsecured | 835.84 | 0.00 |
| 19. | Union Planters National Bank | Secured | | No Claim Filed |
| 20. | American General Finance | Unsecured | | No Claim Filed |
| 21. | AMC Mortgage Serivces | Unsecured | | No Claim Filed |
| 22. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Monterey Collection Service | Unsecured | | No Claim Filed |
| 26. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cosey, Sharon E | Case Number: 08 B 23902 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed: 9/10/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | First Premier Bank | Unsecured | | No Claim Filed |
| 28. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. | Target | Unsecured | | No Claim Filed |
| 30. | WFNNB/Newport News | Unsecured | | No Claim Filed |
| | | | $ 109,158.43 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

